In the Matter of the Claim of CHARLES ANDERSON, Respondent, against COHOES ROLLING MILL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the employer was improperly denied an opportunity to produce evidence. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of MAX GABEL, Respondent, against U. B. & V. RYE BREAD COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that claimant at the time of the accident "had a pre-existing condition of the heart known as mitral stenosis" as found by the Board. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of JOHN WALSH, Respondent, against CROSS, AUSTIN & IRELAND LUMBER COMPANY and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take proof as to total disability and earning capacity. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of SAMUEL J. CHRISTIANA, Respondent, against LEHIGH PORTLAND CEMENT COMPANY and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.